█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH BAINBRIDGE, Appellant.—Judgment of the County Court, Nassau County, rendered July 18, 1973, affirmed (*People* v. *Taranovich*, 44 A D 2d 724). Martuscello, Acting P. J., Latham, Cohalan, Brennan and Munder, JJ., concur.